Decided 7 November, 1898.

**BLACK *v.* MALLEIS.**

From Washington :  THOMAS A. McBRIDE, Judge.

Action on a note of two hundred and sixty dollars,— judgment for plaintiff, and defendant appeals.

AFFIRMED.

*Mr. Granville G. Ames* for appellant,

*Messrs. Hume & Hall, Fitzgerald & Schnabel* and *S. B. Huston* for respondent.

No parties or attorneys appearing when the case was called for hearing, the judgment of the trial court was affirmed. No opinion.

AFFIRMED.

Decided 8 November, 1898.